UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HINDU AMERICAN FOUNDATION**<br>910 17th Street NW, Suite 316A<br>Washington, DC 20006<br><br>    Plaintiff,<br><br>    v.<br><br>**SUNITA VISWANATH**<br>361 Warren Street<br>Brooklyn, New York 11201-6412;<br>**RAJU RAJAGOPAL**<br>6456 Mystic Street<br>Oakland, California 94618-1347;<br>**RASHEED AHMED**<br>6321 W. Dempster Street, Suite #295<br>Morton Grove, Illinois 60053;<br>**JOHN PRABHUDOSS**<br>2055 26th Street S, Apt. 401<br>Arlington, Virginia 22206-2892;<br>**AUDREY TRUSCHKE**<br>1404 Grand Street, Apt. 4B,<br>Hoboken, New Jersey 07030-2398; AND<br>DOES 1-20,<br><br>    Defendants. | **Civil Action No.**<br><br>**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS** |

  Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Hindu American Foundation (a private, non-governmental party) hereby certifies that Plaintiff Hindu American Foundation has no parent corporation, and no public corporation owns more than 10 percent of its stock.

Dated: May 7, 2021

Respectfully submitted,

By: _____
Ryan J. Stonerock, Esq.
(D.C. Bar No. 1632636)
Dilan A. Esper, Esq.
(*Pro hac vice* to be filed)
Jordan A. Gonzales, Esq.
(*Pro hac vice* to be filed)

HARDER LLP
132 South Rodeo Drive, Fourth Floor
Beverly Hills, California 90212
Telephone: (424) 203-1600
RStonerock@HarderLLP.com
DEsper@HarderLLP.com
JGonzales@HarderLLP.com

By: /s/ David C. Tobin_____
David C. Tobin, Esq. D.C. Bar #395959
TOBIN O'CONNOR & EWING
5335 Wisconsin Avenue NW, Suite 700
Washington, D.C. 20015
Telephone: (202) 362-5900
DCTobin@TobinOConnor.com

*Counsel for Plaintiff*
*Hindu American Foundation*