# Exhibit 2

**Defendants Sunita Viswanath's and Raju Rajagopal's Defamatory Statements**

| Date | Defamatory Statement(s) | By | Publication | Complaint |
|---|---|---|---|---|
| 04/02/21 | "[Ms.] Viswanath, co-founder of Hindus for Human Rights, expressed concern that the US pandemic relief funds might end up furthering hate campaign[*sic*] against Muslims and other minorities in India." | Viswanath | First Story | ¶ 25(a)(i). |
| 04/02/21 | "'All these organisations [including HAF] are sympathetic to the Hindu supremacist ideology. Their parent organisations continue to spread hatred in Hindu communities towards Muslims and Christians,'…" | Viswanath | First Story | ¶ 25(a)(ii). |
| 04/02/21 | "'Any American non-profit that perpetuates Islamophobia and other forms of hate should not receive federal relief funds in any form.'" | Viswanath | First Story | ¶ 25(a)(iii). |
| 04/08/21 | "'The rise of HAF and other organisations linked with Hindutva has emboldened Hindu supremacist organizations in India, while also stifling the moderate Hindu voices here in the US[.]" | Rajagopal | Second Story | ¶ 29(b)(i). |

## Defendant Rasheed Ahmed's Defamatory Statements

| Date | Ahmed – Defamatory Statement(s) | Publication | Complaint |
|---|---|---|---|
| 04/03/21 | "Experts have raised concerns that the US pandemic relief funds received by Hindu rightwing groups might end up furthering hate campaign against Muslims and other minorities in India, @raqib_naik reports in @AlJazeera_World [¶] Link: https://www.aljazeera.com/news/2021/4/2/ hindu-right-wing-groups-in-us-got-833000-of-federal-covid-fund[.]" | Tweet of First Story | ¶ 26(a)(i)(1). |
| 04/17/21 | "[Ms.] Viswanath, co-founder of Hindus for Human Rights, expressed concern that the US pandemic relief funds might end up furthering hate campaign[*sic*] against Muslims and other minorities in India." | Website Post of First Story | ¶¶ 25; 26(a)(ii). |
| 04/17/21 | "'All these organisations [including HAF] are sympathetic to the Hindu supremacist ideology. Their parent organisations continue to spread hatred in Hindu communities towards Muslims and Christians,'…" | Website Post of First Story | ¶¶ 25; 26(a)(ii). |
| 04/17/21 | "'Any American non-profit that perpetuates Islamophobia and other forms of hate should not receive federal relief funds in any form.'" | Website Post of First Story | ¶¶ 25; 26(a)(ii). |
| 04/08/21 | "US taxpayers' money being used to keep hate groups in business is absolutely unacceptable and should concern all who believe in fairness, justice and government accountability[.]" | Second Story | ¶ 29(a)(1). |
| 04/17/21 | "US taxpayers' money being used to keep hate groups in business is absolutely unacceptable and should concern all who believe in fairness, justice and government accountability[.]" | Website Post of Second Story | ¶¶ 29(a)(1); 30(a). |

| Date | Ahmed – Defamatory Statement(s) | Publication | Complaint |
|---|---|---|---|
| 04/17/21 | "'The rise of HAF and other organisations linked with Hindutva has emboldened Hindu supremacist organizations in India, while also stifling the moderate Hindu voices here in the US[.]'" | Website Post of Second Story | ¶¶ 29(b)(i); 30(a). |
| 04/17/21 | "'Government watchdog groups as well as human rights organisations need to take serious note of the misappropriation of COVID funding by Hindu supremacist groups the United States,'…" | Website Post of Second Story | ¶¶ 29(c)(i); 30(a). |
| 04/17/21 | "[T]he Hindu groups that received the funds have 'existential links' with the Rashtriya Swayamsevak Sangh (RSS), the 'fountainhead of Hindu supremacist ideology' and 'ideological parent' of Prime Minister Narendra Modi's Bharatiya Janata Party (BJP)." | Website Post of Second Story | ¶¶ 29(d)(i); 30(a). |
| 04/17/21 | "[T]he five groups – Vishwa Hindu Parishad of America (VHPA), Ekal Vidyalaya Foundation, Infinity Foundation, Sewa International and Hindu American Foundation (HAF) – are 'US-based front organisations for Hindutva, the supremacist ideology that is the driving force behind much of the persecution of Christians, Muslims, Dalits and other minorities in India'." | Website Post of Second Story | ¶¶ 29(d)(ii); 30(a). |
| 04/17/21 | "There are families across America still reeling from the human and economic toll of COVID-19, while groups [like HAF] that seem to be essentially serving as front organizations for a violent and supremacist ideology are raking in the windfall from federal COVID funding." | Website Post of Second Story | ¶¶ 29(d)(iii); 30(a). |
| 04/17/21 | "[T]he RSS has been 'directly involved in orchestrating anti-Christian and anti-Muslim pogroms and instigating terror attacks, as part of a relentless campaign to subvert India's secular moorings and turn it into a Hindu | Website Post of Second Story | ¶¶ 29(d)(iv); 30(a). |

3

| Date | Ahmed – Defamatory Statement(s) | Publication | Complaint |
|---|---|---|---|
|  | authoritarian state where minorities are relegated to the status of second class citizens'." |  |  |
| 04/17/21 | "[The RSS's] members and affiliated organisations have been implicated in countless acts of massacres, ethnic cleansing, terrorism, forced-conversions and other forms of violence against religious minorities in India,'..." | Website Post of Second Story | ¶¶ 29(d)(v); 30(a). |
| 04/17/21 | "'A comprehensive probe and corrective action is needed to ensure that hard-working American taxpayers' money is not funneled towards sponsoring hate, persecution and the slow genocide of minorities and marginalised communities in India.'" | Website Post of Second Story | ¶¶ 29(d)(vi); 30(a). |
| 04/17/21 | "The 'Coalition to Stop Genocide in India' is committed to ensuring that American institutions and discourse are safeguarded from the virulent Hindutva ideology. To that end, the coalition will continue to expose Hindutva front organizations in the US and their role in normalizing the human rights abuses and religious freedom violations in India." | Website Post of Second Story | ¶ 30(a). |
| 04/08/21 | A Retweet of Defendant Truschke's Twitter post of the Second Story along with the false and defamatory statement, "Indian Americans of diverse backgrounds call for probe of US-based Hindu nationalist groups. [¶] As a scholar of South Asia, I can attest that some of these groups spread hate & use intimidation tactics. [¶] These things are dangerous and unwelcome on US soil[.] https://www.aljazeera.com/news/2021/4/2/hindu-right-wing-groups-in-us-got-833000-of-federal-covid-fund[.]" | Retweet of Second Story | ¶ 31(a). |

## Defendant John Prabhudoss's Defamatory Statements

| Date | Prabhudoss - Defamatory Statement(s) | Publication | Complaint |
|---|---|---|---|
| 04/08/21 | "'Government watchdog groups as well as human rights organisations need to take serious note of the misappropriation of COVID funding by Hindu supremacist groups the United States,'…" | Second Story | ¶ 29(c)(i). |
| 04/21/21 | "Recently realized that the @HinduAmerican just confirmed and acknowledged through its own lawyers that they are a Hindu supremacist organization in the US operating as a charity. Wow! Who would have thought that!!" | Tweet | ¶ 34(a). |

## Defendant Audrey Truschke's Defamatory Statements

| Date | Truschke - Defamatory Statement(s) | Publication | Complaint |
|---|---|---|---|
| 04/02/21 | "To add a personal note -- Some of the groups mentioned here, especially HAF, have participated in a recent coordinated effort attacking me. [¶] That effort has involved targeted harassment of me and others and violent threats. [¶] This is a huge red flag for a US-based organization." | Tweet of First Story | ¶ 26(b)(i). |
| 04/08/21 | Twitter post of the Second Story along with the false and defamatory statement, "Indian Americans of diverse backgrounds call for probe of US-based Hindu nationalist groups. [¶] As a scholar of South Asia, I can attest that some of these groups spread hate & use intimidation tactics. [¶] These things are dangerous and unwelcome on US soil[.] https://www.aljazeera.com/news/2021/4/2/hindu-right-wing-groups-in-us-got-833000-of-federal-covid-fund[.]" | Tweet of Second Story | ¶ 31(a). |
| 04/13/21 | "Here we have a board member [Rajiv Pandit] of the Hindu American Foundation -- known to promote Hindutva ideology in the US -- employing aa anti-Semitic trope to attack the authors of a recent opinion piece on human rights abuses in India…" | Tweet | ¶ 33(a). |
| 04/13/21 | "On the Hindu American Foundation's Hindutva agenda and its long-standing opposition to human rights concerns: http://www.coalitionagainstgenocide.org/press/cag.pr.07apr2014.php[.]" This hyperlink relates to a post from an earlier version of the Coalition, named the Coalition Against Genocide, dated April 7, 2014, and entitled, "Hindu American Foundation exposed as foe of human rights and religious freedom [:] Indian American coalition condemns HAF's sophistry 'explaining' Hindu nationalist violence against minorities in India[.]" | Tweet | ¶ 33(b). |

6

| Date | Truschke - Defamatory Statement(s) | Publication | Complaint |
|------|-----------------------------------|-------------|-----------|
| 04/13/21 | "…Full disclosure that the HAF Board member in question [Rajiv Pandit] has been going after me, along with a growing list of people, in recent days[.]" | Tweet | ¶ 33(c). |

## Coalition's Defamatory Statements Caused By Defendants

| Date | Coalition – Defamatory Statement(s) | Publication | Complaint |
|---|---|---|---|
| 04/08/21 | "[T]he Hindu groups that received the funds have 'existential links' with the Rashtriya Swayamsevak Sangh (RSS), the 'fountainhead of Hindu supremacist ideology' and 'ideological parent' of Prime Minister Narendra Modi's Bharatiya Janata Party (BJP)." | Second Story | ¶ 29(d)(i). |
| 04/08/21 | "[T]he five groups – Vishwa Hindu Parishad of America (VHPA), Ekal Vidyalaya Foundation, Infinity Foundation, Sewa International and Hindu American Foundation (HAF) – are 'US-based front organisations for Hindutva, the supremacist ideology that is the driving force behind much of the persecution of Christians, Muslims, Dalits and other minorities in India'." | Second Story | ¶ 29(d)(ii). |
| 04/08/21 | "There are families across America still reeling from the human and economic toll of COVID-19, while groups [like HAF] that seem to be essentially serving as front organizations for a violent and supremacist ideology are raking in the windfall from federal COVID funding." | Second Story | ¶ 29(d)(iii). |
| 04/08/21 | "[T]he RSS has been 'directly involved in orchestrating anti-Christian and anti-Muslim pogroms and instigating terror attacks, as part of a relentless campaign to subvert India's secular moorings and turn it into a Hindu authoritarian state where minorities are relegated to the status of second class citizens'." | Second Story | ¶ 29(d)(iv). |
| 04/08/21 | "[The RSS's] members and affiliated organisations have been implicated in countless acts of massacres, ethnic cleansing, terrorism, forced-conversions and other forms of violence against religious minorities in India,'…" | Second Story | ¶ 29(d)(v). |

8

| Date | Coalition – Defamatory Statement(s) | Publication | Complaint |
|---|---|---|---|
| 04/08/21 | "'A comprehensive probe and corrective action is needed to ensure that hard-working American taxpayers' money is not funneled towards sponsoring hate, persecution and the slow genocide of minorities and marginalised communities in India.'" | Second Story | ¶ 29(d)(vi). |