# Exhibit 29

Happy Hanuman Jayanthi - Read our reflection.
USCIRF includes India as a "Country of Particular Concern" in its 2021 report.
India grapples with terrifying second wave of COVID. Please support Indian grassroots NGOs.
HfHR Launches Legal Defense and Advocacy Fund. Please support us. We need you more than ever!
×
English | हिन्दी






# Board of Directors

## SUNITA



**Sunita** has worked for over 25 years in women's rights and human rights organizations. Sunita co-founded Hindus for Human Rights in June 2019.

In 2001, Sunita co-founded the international women's human rights organization, Women for Afghan Women (WAW), and currently serves as Board Chair of WAW. Sunita has edited "Women for Afghan Women: Shattering Myths and Claiming the Future" (Palgrave McMillan), a book of essays. For her work with WAW, **Sunita** was awarded the Feminist Majority Foundation's Global Women's Rights Award in 2011. **Sunita** co-founded **Sadhana** in 2011 in order to mobilize Hindu Americans to connect their faith to social justice and human rights, and serves on Sadhana's Executive Board. She was honored by President Obama at the White House

## RAJU RAJAGOPAL



**Raju** has spent over two decades working with Civil Society groups in India and has been active on a range of issues such as rural development, disaster management, governance and transparency, communal harmony, and human rights. He shares his time between Berkeley, CA and Chennai, India and writes on social causes. Prior to engaging with the non-profit sector, he spent over three decades in the corporate world, retiring as the Chief Operating Officer of a publicly traded healthcare company in the U.S.




## PUNYA UPADHYAYA



**Punya** is deeply aware of the power of religion as the true source for

mobilize Hindu Americans to connect their faith to social justice and human rights, and serves on Sadhana's Executive Board. She was honored by President Obama at the White House in 2015 as a "Champion of Change" for her work with **Sadhana**. Previously, **Sunita** worked with The Sister Fund and the Funders Concerned About AIDS. **Sunita** is an advisory board member of **Population Media Center**, which uses entertainment-education and mass media to promote social and cultural change. **Sunita** serves as Hindu Religious Life Advisor at **Columbia University**. **Sunita** lives in Brooklyn, NY and Taos, NM with her husband Stephan Shaw, their sons Satya, Akash and Gautama, and her parents.



**Punya** is deeply aware of the power of religion as the true source for transformation and renewal from years of being blessed by his Guru and spending time drinking chai at his Baba's ashram. He works in the areas of leadership and culture with Fortune 500 firms, Native American nations, NGOs, colleges etc. all around the world. His bollywood song for the work of HfHR is Madhubala singing "jab pyaar kiya to darna kya" - and he looks forward to the power of beauty, music and the Gods and Goddesses to replenish our worlds.




---

## SUNIL SAKHALKAR



Architect, and Environmental, Social justice and Human Rights Advocate.

**Sunil** is an architect, and an advocate for the environment, social justice and human rights. He has spent over 30 years practicing architecture in India, New York, Florida and New Mexico. As a passionate advocate of environment, his interest is in sustainable design and new building materials. Sunil serves on the board of One Door Campus for the Homeless and the St. Elizabeth Shelters in Sante Fe. Sunil is also part of the Mayor's

---

## DEEPAK GUPTA



**Deepak** is an actor and human rights activist based in New Jersey. Deepak has been a keen student of philosophers such as Gandhi, Lohia and Jaiprakash Narayan who promote the ethic of 'Jai Jagat' (well-being of all in the world). Deepak has worked with 'Narmada Bachao Andolan' (Save Narmada Movement) since its beginning. As a compassionate Hindu, Deepak insists on the rights of Dalits, women and marginal sections of society. Deepak feels all faiths are equal and we all can assert our faiths and work across faiths

materials. Sunil serves on the board of One Door Campus for the Homeless and the St. Elizabeth Shelters in Sante Fe. Sunil is also part of the Mayor's task force in addressing homelessness and affordable housing in Santa Fe.

Having been brought up as a Hindu Brahmin in Mumbai, India, Sunil understands his privilege. However, living as a minority in the USA, he also understands the importance of equality and rights. He truly appreciates the responsibility and the opportunity it offers him, and the unique position it places him in addressing the social injustice and human rights in India.



## VIJAYENDRA KADALABAL

**Vijay** calls himself a 'Non Conventional Educationalist' by profession and has spent more than 4 years working with the indigenous communities from the eastern state of India--Jharkhand, Chhattisgarh and Odisha.

He returned to his city Bangalore in 2020 after 9 years, and is currently leading a youth movement.

An inherent believer in the 'power of collective', He is also a travel freak, a passionate trekker, a movie buff and a trained Classical Carnatic singer.

## SWATI GARG

on the rights of Dalits, women and marginal sections of society. Deepak feels all faiths are equal and we all can assert our faiths and work across faiths to create a harmonious world.

## SRAVYA TADEPALLI



**Sravya** is a principal employment advisor at Community Services Consortium, a community action agency that provides poverty alleviation services in rural Oregon. Before working at CSC, **Sravya** was a program analyst at the U.S. Department of Health and Human Services in Washington D.C., where she was also involved in community organizing with South Asian advocacy groups. She was selected as Oregon's 2018 Harry S. Truman Scholar in recognition for exceptional public service leadership.

**Sravya** has had her writing published in several outlets, including the Boston Globe, the Portland Tribune, the Salem Statesman-Journal, Arlington Magazine, Oregon Humanities, and the textbook "America Now." She is also an award-winning playwright. Her plays cover issues pertinent to the Indian American diaspora and have been performed at the University of Oregon, the Kennedy Center American College Theater Festival, Oregon Contemporary Theater, and Enacte Arts.



## URMILA

DONATE

He returned to his city Bangalore in 2020 after 9 years, and is currently leading a youth movement.

An inherent believer in the 'power of collective', He is also a travel freak, a passionate trekker, a movie buff and a trained Classical Carnatic singer.

## SWATI GARG



**Swati** is a Software Developer. She hails from India and lives and works in Seattle. As a concerned citizen of the world, she works towards a more secular, democratic society.

the textbook "America Now." She is also an award-winning playwright. Her plays cover issues pertinent to the Indian American diaspora and have been performed at the University of Oregon, the Kennedy Center American College Theater Festival, Oregon Contemporary Theater, and Enacte Arts.



## URMILA KUTIKKAD

**Urmila** is a current graduate student at Harvard Divinity School with a thousand-pronged "focus" on grief, body, and ritual as they play out in the spheres of gender/sexuality, liberation theology, and South Asian studies. They are adamant about the beauty and necessity of individual and communal healing, and they believe Hindus for Human Rights is moving with grace and force towards this type of healing.

Urmila's favorite place to be is on the verandah of their ammamma's home in Kozhikode during the monsoons, and they love the poet Carl Phillips.

DONATE

INFO@HINDUSFORHUMANRIGHTS.ORG

JOIN THE TEAM

Document title: Board of Directors — Hindus for Human Rights
Capture URL: https://www.hindusforhumanrights.org/en/team
Capture timestamp (UTC): Wed, 28 Apr 2021 23:28:15 GMT