# Exhibit 30

# THE WIRE

POLITICS   ECONOMY   EXTERNAL AFFAIRS   SECURITY   LAW   SCIENCE   SOCIETY   CULTURE



OPINION   RIGHTS

# Audrey Truschke and the Blitzkrieg from the Hindu Right

Recruiting young voices is one of the tools of the Hindu Right in the United States.



Audrey Truschke. Photo: Shome Basu

RIGHTS   16/APR/2021

Raju Rajagopal and Sunita Viswanath on Dr Audrey Truschke, associate professor in the Department of History at Rutgers University-Newark, has crossed all bounds of decency recently. It is now clear that the vicious campaign against her since 2018 has a lot more to do with her opposition to Hindutva ideology than about her scholarship or style. They bear all the hallmarks of similar attacks by the Hindu Right in recent years against intellectuals in India.







RIGHTS · 10/APR/2021

Raju Rajagopal and Sunita Viswanath







on Dr Audrey Truschke, associate professor in the Department of History at Rutgers University-Newark, has crossed all bounds of decency recently. It is now clear that the vicious campaign against her since 2018 has a lot more to do with her opposition to Hindutva ideology than about her scholarship or style. They bear all the hallmarks of similar attacks by the Hindu Right in recent years against intellectuals in India.

Fortunately, unlike in BJP-ruled India, academic freedom and the right to dissent are still alive in the United States. Rutgers University was quick to reiterate its support for Truschke, while also giving a patient hearing to Hindu student groups. Her colleagues as well as scholars from across the country have written in her support. Hindu, Muslim, Christian, Dalit and secular groups have united to stand in solidarity with her and they are continuing to organise international events in support of her.



Some of the threats and insults sent to Audrey Truschke.

To her credit, despite being the target of extreme hate and threats of bodily harm, Truschke continues to actively engage with her supporters and critics. That must not be easy for her, but the fact that she continues to speak with academic confidence and integrity must surely be infuriating to those who are seeking to silence her.

The epicentre of the attacks on her is the New Brunswick campus of Rutgers, where Truschke does not even teach; but where groups that advocate Hindutva ideology and are considered part of the Sangh *parivar*, such as the Hindu Students Council (HSC) and the Hindu YUVA, are active.

Those groups, having failed to discredit her with the Rutgers administration, are now trying to double down with a conference on their preposterous narrative of widespread 'Hinduphobia' in the US.






administration, are now trying to double down with a conference on their preposterous narrative of widespread 'Hinduphobia' in the US.



The writer Vikram Zutshi has also been a critic of Truschke, in ways that overlap with the smear campaign. In a recent opinion piece in *The Hindu,* he made a facile attempt to degrade her peer-reviewed scholarship. His social media comments a few days earlier, however, show this attempt to be in bad faith: He made inflammatory allegations, not against her, but against her unnamed students. We will not repeat those unsubstantiated claims here, but we will note that they lack evidence.

Not all allegations of harassment of Rutgers students are so uncorroborated, however. In November 2019, the HSC at Rutgers-New Brunswick hosted Vivek Agnihotri. At the event, a Kashmiri American and recent Rutgers-Newark alum was verbally and physically assaulted. The HSC never apologised or even publicly recognised their role in creating such a hostile, dangerous environment.

---

**Also read:** Audrey Truschke, the 'Language' of History and a Very Modern Indian Conflict

---

Zutshi, like Truschke's other detractors, criticises her perspectives on Aurangzeb and Kashmir, but focuses almost exclusively on relitigating her 2018 tweet on Sita and Rama that has been endlessly debated and responded to by Truschke.

That Rama's actions are sometimes described as misogynistic in today's world, isn't something new. Many in our own family circles dislike the *Ramayana* just as much as they love the *Mahabharata* for its sophisticated treatment of many a life's dilemma. Draupadi's actions are often juxtaposed with those of Sita. Karna's complex character has been the subject of many religious discourses and debates.

Such debates and even criticisms of epic figures are well-known within Hinduism, going back to Valmiki and Vyasa. Truschke too often talks about how it is her fascination with the *Mahabharata* that got her into the study of Hinduism and Sanskrit.

Further, Zutshi launches a broadside against India scholars: "White





subject of many religious discourses and debates.

Such debates and even criticisms of epic figures are well-known within Hinduism, going back to Valmiki and Vyasa. Truschke too often talks about how it is her fascination with the *Mahabharata* that got her into the study of Hinduism and Sanskrit.

Further, Zutshi launches a broadside against India scholars: "White scholars with ambitions of being the 'voice' for India in the West would be well advised to cultivate a sense of humility and a genuine desire to learn."

So far as we know, none of the western scholars who opened the doors of Hindu religious writings and Indian history to a non-Indian audience over the last two centuries, has ever pretended to be the 'voice' for India – least of all Truschke. Only one group today falsely claims to speak for all Indians: Hindu nationalists. Everybody else respects the plurality of Indian voices.

Zutshi's condescending advice to scholars brings to mind how the Sangh parivar selectively venerates western writers sympathetic to their cause: Koenraad Elst, David Frawley, Michel Danino, Francois Gautier, to name a few. To some of these 'white scholars,' secular-minded Hindus are but slaves to western scholarship and are not Hindu enough. So they are constantly on a mission to educate us on how we should think and act as better Hindus, thereby exhibiting the very superiority that Zutshi projects onto Truschke.

Zutshi's article regrettably echoes the talking points emerging from a well-coordinated project of the Hindu Right in the United States, targeting intellectuals and historians in service of their masters in India. Unfortunately for Truschke, she is the latest chosen victim.

---

**Also read:** List of Things We Can Talk About Is Shrinking Every Day: Audrey Truschke

---

Just what is the endgame?

To continually relive and reinvent stories of real or imagined Hindu persecution over the centuries, as if they were happening now, as justification for the mounting violence and disenfranchisement of India's minorities. Any historian or activist who stands in the way of that project is labelled 'Hinduphobic' and relentlessly attacked.

As a recent statement by student groups at Oxford said so eloquently, in another case of a false narrative by the Hindu Right: "Claiming to be the victim of bigotry and bias when one is, in fact, wielding such horrors against others, undermines real experiences of racism of students at the University".

Not all of Truschke's critics subscribe to Hindutva ideology. Like Zutshi,




is decried "Hinduphobic" and relentlessly attacked.

As a recent statement by student groups at Oxford said so eloquently, in another case of a false narrative by the Hindu Right: "Claiming to be the victim of bigotry and bias when one is, in fact, wielding such horrors against others, undermines real experiences of racism of students at the University".

Not all of Truschke's critics subscribe to Hindutva ideology. Like Zutshi, some may only be reacting to her high visibility and style on social media. Among Rutgers students, we would hope that they have knowledge of the deep connections between the attacks on her and the ruling class in India, who are rapidly destroying Indian democracy – which has recently been downgraded by several international organisations.

Recruiting young voices is one of the tools of the Hindu Right in the United States. Ultimately, though, students must take responsibility for their own missteps, and the hatefulness of which they are now part. It is not too late for them to change course, and refuse to be part of a lynch mob that claims to be speaking for all Hindus. They can instead seek out and join fellow Hindus who speak for an inclusive Hinduism, consistent with how we have been welcomed as a religious minority in the United States.



## Toenail Fungus Bothering You?

Natural Way To Reclaim Healthy Pink Toenails

Fungus Eliminator                          Learn More  ›

*This article was edited on April 19 with the consent of the authors , to remove any erroneous implication that the writer Vikram Zutshi is associated with Sangh Parivar groups or campaigns.*

*Sunita Viswanath and Raju Rajagopal are cofounders of Hindus for Human Rights, USA, an advocacy group dedicated to speaking up for civil and human rights in South Asia and the United States.*




## Toenail Fungus Bothering You?
Natural Way To Reclaim Healthy Pink Toenails

Fungus Eliminator                    Learn More ›

*This article was edited on April 19 with the consent of the authors , to remove any erroneous implication that the writer Vikram Zutshi is associated with Sangh Parivar groups or campaigns.*

*Sunita Viswanath and Raju Rajagopal are cofounders of Hindus for Human Rights, USA, an advocacy group dedicated to speaking up for civil and human rights in South Asia and the United States.*

## ALSO READ



21 SECONDS AGO

**Six Tables that Tell the Story of Academic Unfreedom in India**



12 HOURS AGO

**EU Parliamentary Committee Expresses Concern Over Human Rights Situation in India**



TODAY

**The Real Intent Behind the New OCI Rules Is to Stifle Dissent**



TODAY

**RTI Reply Busts Centre's Claim that 'Elaborate Public Consultations' Preceded IT Rules**

MORE 



Document title: Audrey Truschke and the Blitzkrieg from the Hindu Right
Capture URL: https://thewire.in/rights/audrey-truschke-and-the-blitzkrieg-from-the-hindu-right
Capture timestamp (UTC): Thu, 14 Oct 2021 18:44:00 GMT

Page 6 of 6