**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **Hindu American Foundation,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CASE NUMBER 1:21-CV-01268-APM** |
| ) | |
| **Sunita Viswanath, Raju Rajagopal,** ) | |
| **Rasheed Ahmed, John Prabhudoss, &** ) | |
| **Audrey Truschke,** ) | |
| ) | |
| **Defendants.** ) | |

**ORDER GRANTING CONSENT MOTION FOR LEAVE TO FILE UNDER SEAL**
**PORTIONS OF DEFENDANTS' CONSOLIDATED SUPPLEMENTAL BRIEF AND**
**ACCOMPANYING FILINGS IN SUPPORT OF MOTIONS TO DISMISS**

On this _____ day of _____, 2022, upon consideration of the Motion of

Defendants Sunita Viswanath, Raju Rajagopal, Rasheed Ahmed, John Prabhudoss, and Audrey

Truschke (collectively, "Defendants") for Leave to File Under Seal Portions of Defendants'

Supplemental Brief and Accompanying Filings in Support of Motions to Dismiss, and upon

finding good cause for the relief requested herein, it is hereby **ORDERED:**

That the Motion is **GRANTED**; and it is further

**ORDERED**, that Defendants may file their Supplemental Brief and Accompanying

Filings in Support of Motions to Dismiss under seal; and it is further

**ORDERED**, that the unredacted versions of these documents shall remain sealed until

further order of the Court or until the conclusion of this litigation, at which time the clerk's office

will return the sealed documents to counsel of record.

**SO ORDERED.**

_____
Hon. Amit P. Mehta
United States District Judge

Dated: _____, 2022