UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HINDU AMERICAN FOUNDATION<br><br>Plaintiff,<br><br>v.<br><br>SUNITA VISWANATH;<br>RAJU RAJAGOPAL;<br>RASHEED AHMED;<br>JOHN PRABHUDOSS;<br>AUDREY TRUSCHKE; AND<br>DOES 1-20,<br><br>Defendants. | Civil Action No. 1:21-cv-01268<br><br>Honorable Amit P. Mehta |

**DECLARATION OF ERIC ROSE FILED IN SUPPORT OF SUPPLEMENTAL MEMORANDUM RE: AMOUNT IN CONTROVERSY**

Ryan J. Stonerock
D.C. Bar 1632636
Dilan A. Esper (admitted *pro hac vice*)
Lan P. Vu (admitted *pro hac vice*)
HARDER LLP
8383 Wilshire Blvd., Suite 526
Beverly Hills, CA 90211
Tel. (424) 203-1600
rstonerock@harderllp.com
desper@harderllp.com
lvu@harderllp.com

David C. Tobin
D.C. Bar 395959
TOBIN O'CONNOR & EWING
5335 Wisconsin Avenue NW, Suite 700
Washington, D.C. 20015
Tel. (202) 362-5900
dctobin@tobinoconnor.com

*Counsel for Plaintiff*
*Hindu American Foundation*

{00125687;1}

I, ERIC ROSE declare:

1. I am an expert engaged by Plaintiff Hindu American Foundation ("HAF") to prepare a report estimating the cost of repairing HAF's reputation resulting from the damage done by Defendants' defamatory statements. I have personal knowledge of the facts stated herein.

2. Attached hereto as Exhibit 1 is a true copy of the report I prepared in this matter. The factual statements regarding this case are taken from documents I reviewed that were produced in this case; the factual statements regarding my qualifications, experience, curriculum vitae, and sources relied upon are true based on my own personal knowledge.

I declare under penalty of perjury under the laws of the District of Columbia that the foregoing is true.

Executed June  23   2022 in  Ventura County  , California.

_____
Eric Rose

{00125687;1}