UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | )  |                          |
|---|---|---|
| **HINDU AMERICAN FOUNDATION,** | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil No. 21-cv-01268 (APM) |
| **SUNITA VISWANATH,** *et al.*, | ) | |
| Defendants. | ) | |

## ORDER

For the reasons set forth in the court's Memorandum Opinion, ECF No. 61, Defendant Prabhudoss's Motion to Dismiss, ECF No. 34; Defendants Viswanath & Rajagopal's Motion to Dismiss, ECF No. 35; Defendant Truschke's Motion to Dismiss, ECF No. 36; and Defendant Ahmed's Motion to Dismiss, ECF No. 37, are granted.

This is a final, appealable order.

Dated: December 20, 2022

Amit P. Mehta
United States District Court Judge