Angela D. Caesar
Clerk of Court
United States District Court, District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

February 13, 2023

Let this be filed.

Amit Mehta
Digitally signed by Amit Mehta
Date: 2023.03.10 07:31:49 -05'00'

RE: Redacted Filing on 6/10/22 in Case 1:21-CV-01268-APM

Dear Ms. Caesar,

I am writing to respectfully request that the filing made in Case 1:21-CV-01268-APM on June, 10, 2022 be made available to the public in an unredacted version. Court filings are typically public documents, and there are compelling reasons of public interest to unseal this filing.

The filing in question was redacted in accordance with a protective order designed to prevent the disclosure of discovery material and agreed to by all parties in the lawsuit (Hindu American Foundation v. Viswanath) in May 2022. However, a subsequent filing by the plaintiffs on June 24, 2022 discussed such material without redaction. Moreover, the June 10, 2022 filing concerns the finances of the Hindu American Foundation, a subject of robust public interest in recent years.

I am a journalist who has published extensively about the Hindu American Foundation's finances, and I was a non-party in the lawsuit, which revolved around two articles on this subject published in spring 2021. The lawsuit was dismissed by the Honorable Judge Amit Mehta in December 2022 on two distinct grounds. But public interest in the Hindu American Foundation is likely to remain strong for some time, and there is a presumption that federal court filings are public documents. Thank you for your consideration and time.

Yours Very Truly,

Raqib Hameed Naik

CC: District Judge Amit P. Mehta

RECEIVED
Mail Room
MAR - 3 2023
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia