# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Hindu American Foundation,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CASE NUMBER 1:21-CV-01268-APM |
| | ) |
| **Sunita Viswanath, Raju Rajagopal,** | ) |
| **Rasheed Ahmed, John Prabhudoss, &** | ) |
| **Audrey Truschke,** | ) |
| | ) |
| **Defendants.** | ) |

## DECLARATION OF THOMAS B. SULLIVAN

Thomas B. Sullivan, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am a partner in the law firm of Ballard Spahr LLP, which represents Sunita Viswanath and Raju Rajagopal in the above-referenced action. I am submitting this Declaration in support of Defendants' consolidated supplemental brief on the issue of subject-matter jurisdiction. I have personal knowledge of the matters set forth herein, and if called as a witness, I can competently testify to them.

2. In response to Defendants' discovery requests in this action, Plaintiff Hindu American Foundation ("HAF") produced a document bearing Bates number HAF000089 through HAF000328. Attached as Exhibit 1 to this Declaration is a true and correct copy of this document.

3. At a deposition conducted pursuant to Rule 30(b)(6), HAF identified Exhibit 1 as reflecting all donations to HAF received from April 2, 2018 through April 25, 2022. *See* Remote Rule 30(b)(6) Deposition of Hindu American Foundation, by and through Suhag Shukla 124:8-

125:3. A true and correct copy of the relevant portion of the deposition transcript is attached to this Declaration as Exhibit 2.

4. I converted Exhibit 1, which was produced in pdf format, to an Excel spreadsheet using the software Nuance Power PDF Advanced. I removed rows containing the confidentiality stamp, page number, and Bates number at the bottom of each page following conversion before performing the processes described below. If it would be helpful to the Court, Defendants could provide a copy of this spreadsheet in native format upon request.

5. To determine the total amount of donations over a given period, I ran a SUM function in Excel over the applicable date range. To determine the total number of donations over a given period, I ran a ROWS function in Excel over the applicable date range.

6. The first statements at issue in this case were published on April 2, 2021. *See* Compl. ¶ 24.

7. The 365-day period which occurred immediately prior to publication of the first statements at issue ran from April 2, 2020 to April 1, 2021. According to the data in Exhibit 1, HAF received a total of $1,580,784.28 in donations over this period. It received 2,502 individual donations.

8. The 365-day period which occurred immediately after publication of the first statements at issue ran from April 3, 2021 to April 2, 2022. According to the data in Exhibit 1, HAF received a total of $2,583,102.22 in donations over this period. It received 6,515 individual donations.

9. I also made the same calculations for the two years prior to April 2, 2020.

10. Over the 365 days between April 3, 2019 and April 1, 2020, according to the data in Exhibit 1, HAF received a total of $1,785,007.23 in donations. It received 2,456 individual donations.

11. Over the 365 days between April 3, 2018 and April 2, 2019, according to the data in Exhibit 1, HAF received a total of $1,343,848.08 in donations. It received 1,420 individual donations.

12. A chart summarizing these calculations is attached to this Declaration as Exhibit 3.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 9, 2022
New York, New York

_____
THOMAS B. SULLIVAN