# Exhibit 3

| Date Range | Total Amount of Donations | Number of Donations |
|---|---|---|
| 4/3/18 to 4/2/19 | $1,343,848.08 | 1420 |
| 4/3/19 to 4/1/20 | $1,785,007.23 | 2456 |
| 4/2/20 to 4/1/21 | $1,580,784.28 | 2502 |
| 4/3/21 to 4/2/22 | $2,583,102.22 | 6515 |