# EXHIBIT D

## Reduced Donations - 2021 and 2022

| Account ID | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2021-2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0010H00002n9nEz | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $16.00 | $5.00 | $0.00 | -$11.00 |
| 0010H00002s6Qs4 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $25.00 | $10.90 | $0.00 | -$14.10 |
| 0010H00002lFcQE | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $133.00 | $11.00 | $0.00 | -$122.00 |
| 0010H00002ouK3c | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $50.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $61.00 | $11.00 | $0.00 | -$50.00 |
| 0010H00002s83IY | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $51.00 | $21.90 | $0.00 | -$29.10 |
| 001i000001rV8wu | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $25.00 | $22.50 | $0.00 | -$2.50 |
| 0010H00002otmyO | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $152.00 | $25.00 | $0.00 | -$127.00 |
| 001i000001rV92j | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $21.00 | $111.00 | $25.00 | -$86.00 |
| 001i000001rV8O6 | $0.00 | $0.00 | $0.00 | $0.00 | $51.00 | $51.00 | $76.00 | $0.00 | $0.00 | $0.00 | $0.00 | $51.00 | $0.00 | $0.00 | $0.00 | $0.00 | $101.00 | $25.00 | $54.00 | -$76.00 |
| 001i000001rV7W2 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $51.00 | $101.00 | $25.00 | $0.00 | -$76.00 |
| 0010H00002eqou2 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $25.00 | $101.00 | $25.00 | -$76.00 |
| 001i000001rV8ky | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $51.00 | $56.00 | $51.00 | $51.00 | $126.00 | $0.00 | $50.00 | $25.00 | $0.00 | $0.00 | $0.00 | $50.00 | $25.00 | $0.00 | -$25.00 |
| 0010H00002iqCix | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $11.00 | $50.00 | $25.00 | $0.00 | -$25.00 |
| 0010H00002qIakG | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $101.00 | $26.70 | $0.00 | -$74.30 |
| 001i000001rV9qE | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $76.00 | $26.70 | $0.00 | -$49.30 |
| 001i000001rV8qi | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $152.00 | $0.00 | $59.74 | $101.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $50.00 | $25.00 | $51.00 | $26.70 | $0.00 | -$24.30 |
| 001i000001rV8kt | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $51.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $51.00 | $26.70 | $0.00 | -$24.30 |
| 0010H00002ovaT9 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $50.00 | $26.70 | $0.00 | -$23.30 |
| 0010H00002s7wix | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $35.00 | $26.70 | $0.00 | -$8.30 |
| 001i000001rV8JO | $0.00 | $0.00 | $0.00 | $0.00 | $51.00 | $0.00 | $51.00 | $163.00 | $67.53 | $0.00 | $152.00 | $156.00 | $0.00 | $154.00 | $0.00 | $0.00 | $87.00 | $28.00 | $16.80 | -$59.00 |
| 0010H00002qIR8U | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $51.00 | $31.90 | $0.00 | -$19.10 |
| 0010H00002uCsSw | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $37.00 | $36.00 | $9.00 | -$1.00 |
| 001i000001rV7ym | $0.00 | $0.00 | $0.00 | $31.00 | $0.00 | $62.00 | $82.00 | $51.00 | $103.53 | $252.00 | $100.00 | $200.00 | $25.00 | $51.00 | $0.00 | $45.00 | $122.00 | $37.20 | $0.00 | -$84.80 |
| 001i000001rV840 | $0.00 | $0.00 | $0.00 | $200.00 | $101.00 | $251.00 | $0.00 | $701.00 | $300.00 | $0.00 | $250.00 | $416.68 | $10.00 | $100.00 | $120.00 | $140.00 | $128.89 | $40.00 | $0.00 | -$88.89 |
| 001i000001rV7yO | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10.30 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5.00 | $55.00 | $40.00 | $10.00 | -$15.00 |
| 0010H00002JVU32 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $161.00 | $51.00 | $41.80 | $16.80 | -$9.20 |
| 001i000001rV7Gm | $0.00 | $0.00 | $0.00 | $51.00 | $0.00 | $0.00 | $0.00 | $51.00 | $50.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $51.00 | $43.50 | $16.80 | -$7.50 |
| 0010H00002s77hA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $302.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $352.00 | $50.00 | $0.00 | -$302.00 |
| 001i000001rV7ns | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $101.00 | $150.00 | $101.00 | $150.00 | $0.00 | $152.00 | $50.00 | -$102.00 |
| 0010H00002oYuW2 | $0.00 | $0.00 | $0.00 | $0.00 | $25.00 | $25.00 | $25.00 | $51.00 | $3,002.00 | $2,002.00 | $3,003.00 | $3,002.00 | $0.00 | $100.00 | $0.00 | $0.00 | $101.00 | $50.00 | $0.00 | -$51.00 |
| 0010H00002eqosp | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $100.00 | $76.00 | $50.00 | $0.00 | -$26.00 |
| 0010H00002gpAw4 | $0.00 | $400.00 | $0.00 | $0.00 | $0.00 | $302.00 | $251.00 | $0.00 | $250.00 | $0.00 | $0.00 | $0.00 | $0.00 | $101.00 | $0.00 | $101.00 | $51.00 | $50.00 | $0.00 | -$1.00 |
| 0010H00002mKmOL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $324.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $375.00 | $51.00 | $0.00 | -$324.00 |
| 0010H00002ouBax | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $202.00 | $51.00 | $0.00 | -$151.00 |
| 0010H00002k6HU0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $152.00 | $51.00 | $0.00 | -$101.00 |
| 0010H00002qIQh9 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $74.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $125.00 | $51.00 | $0.00 | -$74.00 |
| 0010H00002uB7Id | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $108.00 | $51.00 | $0.00 | -$57.00 |
| 0010H00002liOiw | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $108.00 | $51.00 | $0.00 | -$57.00 |
| 001i000001rV7Mj | $101.00 | $0.00 | $151.00 | $0.00 | $0.00 | $0.00 | $252.00 | $251.00 | $251.00 | $104.03 | $0.00 | $0.00 | $101.00 | $452.00 | $251.00 | $0.00 | $101.00 | $51.00 | $0.00 | -$50.00 |
| 0010H00002fZgzA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $101.00 | $101.00 | $51.00 | $101.00 | -$50.00 |
| 0010H00002ljQku | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $101.00 | $51.00 | $0.00 | -$50.00 |
| 0010H00002UtLAB | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $101.00 | $51.00 | $0.00 | -$50.00 |
| 001i000001rV7GR | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $51.00 | $51.00 | $0.00 | $0.00 | $101.00 | $500.00 | $500.00 | $150.00 | $0.00 | $0.00 | $0.00 | $100.00 | $51.00 | $0.00 | -$49.00 |
| 0010H00002mL1F5 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $25.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $76.00 | $51.00 | $0.00 | -$25.00 |
| 0010H00002ioc0T | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $25.00 | $76.00 | $51.70 | $0.00 | -$24.30 |
| 0010H00002s53Ul | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $151.00 | $54.00 | $0.00 | -$97.00 |
| 001i000001rV7LA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $48.00 | $0.00 | $51.00 | $0.00 | $0.00 | $0.00 | $0.00 | $51.00 | $0.00 | $51.00 | $102.00 | $54.00 | $0.00 | -$48.00 |
| 0010H00002lEtKJ | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $101.00 | $54.50 | $32.70 | -$46.50 |
| 0010H00002lIMOa | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $21.50 | $76.00 | $54.50 | $32.70 | -$21.50 |
| 0010H00002mMDnt | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $227.00 | $63.00 | $0.00 | -$164.00 |
| 0010H00002mL3pl | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $76.00 | $64.40 | $48.30 | -$11.60 |
| 0010H00002OOZYw | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $101.00 | $72.40 | $29.40 | -$28.60 |
| 0010H00002mL5OV | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $135.00 | $75.00 | $0.00 | -$60.00 |
| 001i000001rV7hc | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $152.00 | $0.00 | $202.00 | $80.10 | $80.10 | -$121.90 |
| 0010H00002qHone | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $101.00 | $99.60 | $0.00 | -$1.40 |
| 001i000001rV8pr | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $152.00 | $0.00 | $152.00 | $101.00 | $51.00 | $0.00 | $101.00 | $101.00 | $51.00 | $51.00 | $226.00 | $100.00 | $0.00 | -$126.00 |
| 001i000001rV7qd | $0.00 | $0.00 | $0.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $200.00 | $100.00 | $0.00 | -$100.00 |
| 001i000001rV9Rs | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $100.00 | $0.00 | $0.00 | $201.00 | $200.00 | $200.00 | $200.00 | $200.00 | $100.00 | $0.00 | -$100.00 |

1

Exhibit

8

Shukla 5/16/2022 J.M.

CONFIDENTIAL

HAF000001

| Account ID | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2021-2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 001i000001rV9mg | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $51.00 | $101.00 | $0.00 | $0.00 | $101.00 | $0.00 | $101.00 | $101.00 | $100.00 | $60.00 | -$1.00 |
| 001i000001rV82r | $0.00 | $0.00 | $0.00 | $51.00 | $0.00 | $150.00 | $0.00 | $0.00 | $104.03 | $101.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $101.00 | $100.00 | $0.00 | -$1.00 |
| 0010H00002lGSPR | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $101.00 | $100.00 | $25.00 | -$1.00 |
| 0010H00002UZXYv | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $101.00 | $100.00 | $0.00 | -$1.00 |
| 0010H00002qIXJh | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $101.00 | $100.00 | $0.00 | -$1.00 |
| 0010H00002k6HUP | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,101.00 | $101.00 | $0.00 | -$1,000.00 |
| 0010H00002ZqBYN | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $701.00 | $750.00 | $101.00 | $107.00 | -$649.00 |
| 001i000001rV7RL | $0.00 | $111.00 | $101.00 | $101.00 | $0.00 | $101.00 | $501.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $501.00 | $101.00 | $0.00 | -$400.00 |
| 0010H00002mKmMr | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $501.00 | $101.00 | $0.00 | -$400.00 |
| 001i000001rV7R4 | $0.00 | $0.00 | $0.00 | $51.00 | $0.00 | $0.00 | $51.00 | $0.00 | $0.00 | $0.00 | $0.00 | $101.00 | $101.00 | $101.00 | $101.00 | $563.00 | $353.00 | $101.00 | $0.00 | -$252.00 |
| 001i000001rV7Do | $0.00 | $0.00 | $101.00 | $299.00 | $101.00 | $0.00 | $253.00 | $152.00 | $306.03 | $101.00 | $352.00 | $251.00 | $202.00 | $202.00 | $302.00 | $354.00 | $303.00 | $101.00 | $0.00 | -$202.00 |
| 001i000001rV8mh | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $100.00 | $0.00 | $101.00 | $100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $101.00 | $0.00 | $0.00 | -$151.00 |
| 001i000001rV7S9 | $51.00 | $0.00 | $101.00 | $0.00 | $101.00 | $251.00 | $301.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $251.00 | $0.00 | $302.00 | $101.00 | $251.00 | $101.00 | $107.00 | -$150.00 |
| 0010H00002XPDBj | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $202.00 | $101.00 | $0.00 | $0.00 | -$101.00 |
| 001i000001rV9Nb | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $24.00 | $0.00 | $0.00 | $101.00 | $121.00 | $101.00 | $0.00 | $202.00 | $0.00 | $251.00 | $125.00 | $101.00 | -$24.00 |
| 001i000001rV9GV | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $101.00 | $101.00 | $126.00 | $201.00 | $101.00 | $101.00 | $0.00 | $125.00 | $101.00 | -$24.00 |
| 0016S00002wHynQ | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $152.00 | $105.00 | $0.00 | -$47.00 |
| 001i000001rV9ps | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $101.00 | $75.00 | $202.00 | $151.00 | $0.00 | $275.00 | $210.00 | $106.00 | $0.00 | -$104.00 |
| 001i000001rV83C | $0.00 | $0.00 | $0.00 | $1,942.21 | $0.00 | $1,001.00 | $0.00 | $1,001.00 | $1,001.00 | $1,001.00 | $0.00 | $1,001.00 | $200.00 | $0.00 | $0.00 | $101.00 | $1,001.00 | $107.00 | $0.00 | -$894.00 |
| 0010H00002oXxkW | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $602.00 | $107.00 | $0.00 | -$495.00 |
| 0010H00002JUmqj | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $205.03 | $100.00 | $302.00 | $0.00 | $151.00 | $251.00 | $0.00 | $51.00 | $252.00 | $107.00 | $64.20 | -$145.00 |
| 0010H00002JVzBA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $101.00 | $202.00 | $107.00 | $0.00 | -$95.00 |
| 0010H00002mL0Po | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $202.00 | $107.00 | $0.00 | -$95.00 |
| 0010H00002gmhhZ | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $201.00 | $107.00 | $0.00 | -$94.00 |
| 001i000001rV84R | $0.00 | $0.00 | $0.00 | $231.92 | $0.00 | $127.68 | $0.00 | $50.00 | $50.00 | $200.00 | $0.00 | $0.00 | $501.00 | $101.00 | $0.00 | $200.00 | $200.00 | $107.00 | $0.00 | -$93.00 |
| 0010H00002inPaJ | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $126.00 | $107.00 | $0.00 | -$19.00 |
| 0010H00002n21AR | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $120.00 | $110.00 | $0.00 | -$10.00 |
| 0010H00002n21Dh | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $120.00 | $110.00 | $0.00 | -$10.00 |
| 001i000001rV9XX | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $51.00 | $0.00 | $0.00 | $0.00 | $0.00 | $75.00 | $101.00 | $352.00 | $117.00 | $0.00 | -$235.00 |
| 001i000001rV9rC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $101.00 | $0.00 | $0.00 | $101.00 | $110.00 | $383.00 | $121.00 | $0.00 | -$262.00 |
| 001i000001rV9Xs | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $201.00 | $0.00 | $1,001.00 | $0.00 | $101.00 | $201.00 | $0.00 | $352.00 | $0.00 | $501.00 | $351.00 | $123.00 | $0.00 | -$228.00 |
| 001i000001rV8MX | $0.00 | $0.00 | $0.00 | $0.00 | $51.00 | $0.00 | $0.00 | $101.00 | $104.03 | $206.00 | $101.00 | $107.50 | $127.00 | $152.00 | $0.00 | $355.00 | $228.00 | $126.00 | $0.00 | -$102.00 |
| 001i000001rV7OG | $0.00 | $0.00 | $0.00 | $0.00 | $251.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,001.00 | $0.00 | $501.00 | $0.00 | $70.00 | $201.00 | $127.70 | $0.00 | -$73.30 |
| 001i000001rV75y | $0.00 | $0.00 | $51.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $51.00 | $152.00 | $131.70 | $0.00 | -$20.30 |
| 0010H00002bnxVW | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,102.00 | $501.00 | $132.00 | $0.00 | -$369.00 |
| 0010H00002gp8pa | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $501.00 | $132.00 | $0.00 | -$369.00 |
| 001i000001rV7Jk | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $51.00 | $0.00 | $0.00 | $0.00 | $101.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $202.00 | $352.00 | $132.00 | $0.00 | -$220.00 |
| 001i000001rV7RV | $0.00 | $0.00 | $0.00 | $0.00 | $51.00 | $0.00 | $0.00 | $50.00 | $25.00 | $0.00 | $101.00 | $0.00 | $101.00 | $200.00 | $0.00 | $51.00 | $152.00 | $132.70 | $0.00 | -$19.30 |
| 0010H00002eNczg | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $125.00 | $150.00 | $135.00 | $45.00 | -$15.00 |
| 0010H00002ZJY1Q | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $160.00 | $240.00 | $140.00 | $0.00 | -$100.00 |
| 001i000001rV8X7 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,501.00 | $152.00 | $10,001.00 | $0.00 | $2,002.00 | $0.00 | $402.00 | $1,001.00 | $501.00 | $0.00 | $1,001.00 | $1,001.00 | $155.00 | $0.00 | -$846.00 |
| 001i000001rV95E | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $152.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $351.00 | $160.00 | $0.00 | -$191.00 |
| 001i000001rV8Tm | $0.00 | $0.00 | $0.00 | $0.00 | $1,000.00 | $200.00 | $0.00 | $0.00 | $0.00 | $0.00 | $251.00 | $0.00 | $250.00 | $101.00 | $202.00 | $152.00 | $227.00 | $160.00 | $0.00 | -$67.00 |
| 0010H00002erfla | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $101.00 | $303.00 | $181.10 | $80.10 | -$121.90 |
| 0010H00002n1PEp | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $202.00 | $200.00 | $75.00 | -$2.00 |
| 001i000001rV9Vz | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $101.00 | $501.00 | $101.00 | $702.00 | $251.00 | $200.00 | $201.00 | $201.00 | $200.00 | $100.00 | -$1.00 |
| 0016S000034aQDI | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $602.00 | $201.00 | $423.00 | -$401.00 |
| 0010H00002gpYHe | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $202.00 | $1,212.00 | $202.00 | $0.00 | -$1,010.00 |
| 0016S00002wGGa1 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $303.00 | $202.00 | $0.00 | -$101.00 |
| 001i000001uhkcS | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $402.00 | $352.00 | $0.00 | $271.00 | $262.00 | $202.00 | $0.00 | -$60.00 |
| 0010H00002jPPTU | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,102.00 | $207.00 | $0.00 | -$895.00 |
| 0010H00002uaoLm | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $602.00 | $208.00 | $0.00 | -$394.00 |
| 0010H00002s4HuU | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $87.00 | $263.00 | $156.06 | $102.00 | $0.00 | $57.00 | $127.00 | $0.00 | $437.00 | $253.00 | $211.40 | $0.00 | -$41.60 |
| 001i000001rV8cq | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $101.00 | $602.00 | $0.00 | $1,017.03 | $1,001.00 | $0.00 | $150.00 | $1,001.00 | $1,252.00 | $0.00 | $1,001.00 | $1,602.00 | $234.50 | $80.10 | -$1,367.50 |
| 0010H00002k78KG | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $250.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | $250.00 | $0.00 | -$250.00 |
| 001i000001rV9Hn | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,001.00 | $1,001.00 | $0.00 | $2,501.00 | $501.00 | $0.00 | $476.00 | $501.00 | $251.00 | $2,501.00 | -$250.00 |
| 0010H00002oE23M | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $352.00 | $251.00 | $0.00 | -$101.00 |
| 001i000001rV83Q | $0.00 | $0.00 | $0.00 | $500.00 | $0.00 | $304.00 | $251.00 | $0.00 | $203.00 | $202.00 | $101.00 | $101.00 | $202.00 | $202.00 | $251.00 | $251.00 | $303.00 | $251.00 | $0.00 | -$52.00 |

CONFIDENTIAL

HAF000002

| Account ID | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2021-2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 001i000001rV9Bl | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,032.06 | $0.00 | $1,001.00 | $501.00 | $501.00 | $875.00 | $50.00 | $1,352.00 | $1,250.00 | $257.00 | $0.00 | -$993.00 |
| 0010H00002otjkM | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $200.00 | $401.00 | $264.00 | $0.00 | -$137.00 |
| 0010H00002IoLr0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $324.00 | $267.00 | $0.00 | -$57.00 |
| 0010H00002WSsmh | $0.00 | $0.00 | $0.00 | $0.00 | $46.00 | $0.00 | $83.00 | $22.00 | $0.00 | $0.00 | $0.00 | $76.00 | $51.00 | $102.00 | $204.00 | $127.00 | $355.00 | $276.70 | $53.40 | -$78.30 |
| 001i000001rV7qy | $0.00 | $0.00 | $0.00 | $50.00 | $101.00 | $50.00 | $50.00 | $51.00 | $0.00 | $0.00 | $602.00 | $0.00 | $101.00 | $0.00 | $0.00 | $669.00 | $446.00 | $300.00 | $75.00 | -$146.00 |
| 0010H00002iq1Nn | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $401.00 | $308.00 | $162.00 | -$93.00 |
| 001i000001vk2xs | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,104.03 | $604.03 | $176.50 | $0.00 | $1,102.00 | $310.00 | $50.00 | -$792.00 |
| 001i000001rV79K | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $101.00 | $200.00 | $100.00 | $101.00 | $101.00 | $100.00 | $0.00 | $953.00 | $322.40 | $0.00 | -$630.60 |
| 0010H00002otZl2 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,001.00 | $339.00 | $0.00 | -$662.00 |
| 0010H00002othb4 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,000.00 | $500.00 | $0.00 | -$500.00 |
| 001i000001rV9SX | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,001.00 | $1,001.00 | $501.00 | $1,000.00 | $51.00 | $1,001.00 | $1,001.00 | $751.00 | $500.00 | $0.00 | -$251.00 |
| 001i000001rV9iL | $0.00 | $0.00 | $0.00 | $0.00 | $51.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $51.00 | $0.00 | $0.00 | $0.00 | $80.00 | $700.00 | $500.00 | $51.00 | -$200.00 |
| 0010H00002k78OS | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $300.00 | $539.00 | $500.00 | $0.00 | -$39.00 |
| 0010H00002mL3bB | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,479.00 | $501.00 | $0.00 | -$1,978.00 |
| 001i000001rV8uc | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $51.00 | $1,001.00 | $0.00 | $501.00 | $501.00 | $1,001.00 | $1,001.00 | $0.00 | $602.00 | $1,001.00 | $501.00 | $0.00 | -$500.00 |
| 001i000001rV7O5 | $0.00 | $50.00 | $1,001.00 | $1,001.00 | $0.00 | $501.00 | $0.00 | $121.00 | $101.00 | $201.00 | $0.00 | $201.00 | $101.00 | $0.00 | $351.00 | $1,001.00 | $1,001.00 | $501.00 | $0.00 | -$500.00 |
| 001i000001rV7HP | $0.00 | $0.00 | $0.00 | $101.00 | $1,000.00 | $1,000.00 | $500.00 | $500.00 | $1,000.00 | $1,001.00 | $1,001.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $500.00 | $1,001.00 | $527.00 | $0.00 | -$474.00 |
| 0010H00002IHZy6 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,001.00 | $528.00 | $0.00 | -$473.00 |
| 001i000001rV78r | $0.00 | $0.00 | $0.00 | $11.00 | $16.00 | $33.00 | $0.00 | $11.00 | $312.00 | $2,120.00 | $0.00 | $325.00 | $0.00 | $100.00 | $0.00 | $0.00 | $1,102.00 | $626.00 | $101.00 | -$476.00 |
| 001i000001rV7oJ | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,176.00 | $757.00 | $201.00 | $501.00 | $52.53 | $407.03 | $51.00 | $27.00 | $511.00 | $115.00 | $19.00 | $108.00 | $1,540.00 | $633.90 | $0.00 | -$906.10 |
| 001i000001rV7QE | $0.00 | $0.00 | $1,001.00 | $299.00 | $0.00 | $1,102.00 | $0.00 | $501.00 | $501.00 | $501.00 | $501.00 | $501.00 | $501.00 | $501.00 | $501.00 | $501.00 | $501.00 | $1,203.00 | $676.00 | $0.00 | -$527.00 |
| 001i000001rV82y | $0.00 | $0.00 | $0.00 | $301.00 | $151.00 | $152.00 | $301.00 | $301.00 | $301.00 | $501.00 | $501.00 | $300.00 | $501.00 | $300.00 | $500.00 | $500.00 | $1,000.00 | $750.00 | $0.00 | -$250.00 |
| 001i000001rV7Hy | $0.00 | $0.00 | $0.00 | $200.00 | $300.00 | $302.00 | $102.00 | $251.00 | $421.00 | $600.00 | $500.00 | $0.00 | $901.00 | $501.00 | $0.00 | $501.00 | $976.00 | $850.00 | $0.00 | -$126.00 |
| 001i000001rV9V5 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,001.00 | $1,001.00 | $0.00 | $1,001.00 | $0.00 | $0.00 | $1,001.00 | $1,096.11 | $859.68 | $0.00 | -$236.43 |
| 0010H00002YCUoG | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,100.00 | $5,000.00 | $886.00 | $5,000.00 | -$4,114.00 |
| 001i000001rV767 | $0.00 | $501.00 | $0.00 | $0.00 | $51.00 | $0.00 | $251.00 | $0.00 | $501.00 | $501.00 | $102.00 | $0.00 | $251.00 | $0.00 | $0.00 | $707.00 | $1,012.00 | $982.00 | $153.00 | -$30.00 |
| 001i000001vm90c | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,049.00 | $2,000.00 | $2,000.00 | $824.00 | $3,488.05 | $1,000.00 | $0.00 | -$2,488.05 |
| 001i000029vuaq | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,168.00 | $350.00 | $1,001.00 | $2,002.00 | $1,000.00 | $0.00 | -$1,002.00 |
| 001i000001rV8qM | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $501.00 | $501.00 | $0.00 | $0.00 | $501.00 | $501.00 | $1,001.00 | $1,041.00 | $0.00 | $400.00 | $1,200.00 | $1,000.00 | $0.00 | -$200.00 |
| 0010H00002fYswt | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $501.00 | $1,101.00 | $1,000.00 | $0.00 | -$101.00 |
| 001i000001rV844 | $0.00 | $0.00 | $0.00 | $100.00 | $0.00 | $152.00 | $101.00 | $0.00 | $352.00 | $101.00 | $0.00 | $151.00 | $2.00 | $101.00 | $254.00 | $503.00 | $1,020.00 | $1,000.00 | $1,026.70 | -$20.00 |
| 001i000001rV7NO | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,002.00 | $1,000.00 | $0.00 | -$2.00 |
| 001i000001rV7FU | $0.00 | $0.00 | $0.00 | $0.00 | $51.00 | $0.00 | $101.00 | $501.00 | $2,500.00 | $5,001.00 | $2,551.00 | $2,577.00 | $1,051.00 | $1,300.00 | $1,051.00 | $1,001.00 | $1,001.00 | $1,251.00 | $1,001.00 | $0.00 | -$250.00 |
| 001i000001rV92a | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,059.00 | $0.00 | $1,001.00 | $501.00 | $0.00 | $1,502.00 | $1,176.00 | $1,809.00 | $1,509.00 | $1,008.00 | $0.00 | -$501.00 |
| 0010H00002s7NHp | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,501.00 | $1,054.00 | $0.00 | -$1,447.00 |
| 001i000001rV8bF | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $202.00 | $1,203.00 | $1,001.00 | $1,001.00 | $1,001.00 | $1,001.00 | $1,501.00 | $1,001.00 | $1,001.00 | $1,001.00 | $1,052.00 | $1,304.00 | $1,102.00 | $0.00 | -$202.00 |
| 0010H00002VTEJ4 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $500.00 | $501.00 | $2,000.00 | $1,107.00 | $0.00 | -$893.00 |
| 001i000001rV98d | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $309.00 | $401.00 | $1,001.00 | $1,001.00 | $1,501.00 | $4,000.00 | $1,051.00 | $1,001.00 | $2,128.00 | $1,133.00 | $0.00 | -$995.00 |
| 001i000001rV826 | $0.00 | $0.00 | $0.00 | $0.00 | $200.00 | $0.00 | $0.00 | $0.00 | $104.03 | $302.00 | $200.00 | $301.00 | $1,001.00 | $1,001.00 | $1,001.00 | $1,102.00 | $1,212.00 | $1,141.00 | $318.00 | -$71.00 |
| 001i0000022HSfm | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $851.00 | $0.00 | $601.00 | $351.00 | $2,703.00 | $1,155.00 | $0.00 | -$1,548.00 |
| 0010H00002IGR8V | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,377.00 | $1,369.00 | $0.00 | -$8.00 |
| 0010H00002Ysw0U | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $801.00 | $1,603.00 | $1,400.00 | $0.00 | -$203.00 |
| 0010H00002JWhiR | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $924.22 | $100.00 | $1,850.00 | $3,565.69 | $1,842.50 | $0.00 | -$1,723.19 |
| 001i000001rV7vN | $0.00 | $0.00 | $0.00 | $1,001.00 | $1,001.00 | $1,001.00 | $5,000.00 | $0.00 | $5,000.00 | $5,005.00 | $2,501.00 | $5,005.00 | $5,501.00 | $2,501.00 | $0.00 | $6,002.00 | $5,000.00 | $2,500.00 | $0.00 | -$2,500.00 |
| 001i000002BHjRt | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,500.00 | $2,500.00 | $0.00 | $5,000.00 | $2,500.00 | $0.00 | -$2,500.00 |
| 001i000001rV756 | $0.00 | $0.00 | $2,000.00 | $0.00 | $51.00 | $501.00 | $501.00 | $1,001.00 | $1,017.03 | $1,001.00 | $1,001.00 | $1,001.00 | $2,000.00 | $5,531.00 | $0.00 | $0.00 | $2,501.00 | $2,500.00 | $0.00 | -$1.00 |
| 0010H00002go390 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10,001.00 | $2,500.00 | $0.00 | -$1.00 |
| 001i000001rV7Hm | $0.00 | $0.00 | $0.00 | $1,000.00 | $0.00 | $0.00 | $501.00 | $0.00 | $552.00 | $251.00 | $121.00 | $0.00 | $0.00 | $0.00 | $0.00 | $452.00 | $5,000.00 | $2,501.00 | $0.00 | -$2,499.00 |
| 001i000001rV7n4 | $50.00 | $0.00 | $51.00 | $1,001.00 | $0.00 | $1,001.00 | $0.00 | $6,000.00 | $0.00 | $0.00 | $3,202.55 | $0.00 | $5,055.25 | $2,680.14 | $2,501.00 | $2,700.96 | $2,780.80 | $2,586.18 | $0.00 | -$194.62 |
| 001i000001zdX0C | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,002.00 | $2,751.00 | $13,002.00 | $20,001.00 | $26,753.00 | $3,001.00 | $0.00 | -$23,752.00 |
| 001i000001rV7K6 | $2,000.00 | $0.00 | $5,000.00 | $10,000.00 | $2,001.00 | $7,501.00 | $5,000.00 | $10,000.00 | $7,501.00 | $7,000.00 | $6,002.00 | $5,501.00 | $5,000.00 | $6,252.00 | $5,300.00 | $5,475.00 | $6,501.00 | $3,164.00 | $1,253.00 | -$3,337.00 |
| 001i000001rV7m0 | $0.00 | $0.00 | $0.00 | $0.00 | $3,000.00 | $2,000.00 | $2,500.00 | $2,500.00 | $2,501.00 | $2,000.00 | $2,854.00 | $3,500.00 | $3,000.00 | $4,000.00 | $3,000.00 | $5,102.00 | $7,502.00 | $7,525.00 | $5,000.00 | $0.00 | -$2,525.00 |
| 001i000001rVA4E | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,501.00 | $2,501.00 | $0.00 | $0.00 | $2,501.00 | $2,500.00 | $5,000.00 | $0.00 | -$1.00 |
| 001i000001rV7QH | $0.00 | $0.00 | $501.00 | $0.00 | $101.00 | $152.00 | $1,103.00 | $251.00 | $1,001.00 | $1,105.03 | $0.00 | $1,501.00 | $1,151.00 | $1,001.00 | $2,501.00 | $5,001.00 | $5,052.00 | $5,001.00 | $0.00 | -$51.00 |
| 001i000001rV7RC | $0.00 | $0.00 | $15,823.19 | $5,100.00 | $5,000.00 | $2,001.00 | $1,001.00 | $2,000.00 | $0.00 | $1,001.00 | $2,501.00 | $2,501.00 | $2,001.00 | $2,501.00 | $2,501.00 | $5,001.00 | $12,502.00 | $10,000.00 | $0.00 | -$2,502.00 |
| 001i000001rVA48 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,051.00 | $1,001.00 | $2,000.00 | $2,000.00 | $5,400.00 | $10,501.00 | $10,000.00 | $0.00 | -$501.00 |
| 001i000001rV7J7 | $0.00 | $0.00 | $501.00 | $0.00 | $602.00 | $0.00 | $0.00 | $5,001.00 | $10,001.00 | $12,001.00 | $10,001.00 | $0.00 | $10,001.00 | $10,001.00 | $10,001.00 | $10,001.00 | $10,502.00 | $10,001.00 | $0.00 | -$501.00 |
| | | | | | | | | | | | | | | | | | | $12,358.10 | -$84,991.98 |

CONFIDENTIAL

HAF000003