# EXHIBIT F



Deepali Kulkarni <deepali@hafsite.org>

## RE: Oak Foundation "Hindu American Foundation"

**International Human Rights Programme** <ihrp@oakfnd.org>  Thu, Jul 15, 2021 at 3:12 AM
To: "deepali@hinduamerican.org" <deepali@hinduamerican.org>

Dear Deepali,

Thank you for your enquiry for funding to the Oak Foundation regarding the Hindu American Foundation. The team reviewed your proposal in our latest monthly meeting, and I wanted to provide you with an update.

Although we certainly found it interesting work, I am afraid that we are unable to provide the funds you seek. I'd like to stress that this is not necessarily a reflection on the merits of your application, but instead the very competitive funding situation with which we are faced. There has been increased demand on Oak funds in recent years across the world, partly due to the fraught global socio-political and economic circumstances, which regrettably outpaces our capacity to grow our portfolio.

Trustees don't disclose reasons for this decision, which is not reviewable. However, in deciding whether to proceed with an application, trustees tend to be mindful of how the proposal aligns with the portfolio's geographic coverage and balance between its principal priorities.

The strategic priorities of the International Human Rights Programme are: ending impunity for gross human rights violations; freedom from arbitrary detention and torture; supporting and protecting human rights defenders; ensuring that LGBTI people are free from discriminatory prosecution, persecution and violence; and broadening constituencies in support of human rights. We generally don't consider repeat applications lodged within the past 18 months.

I'm sorry to not have better news for you on this occasion. We wish you luck in securing alternative funding for the important work that you do, and thank you once again for your interest in the Oak Foundation.

Yours sincerely,

The International Human Rights Programme

Oak Philanthropy (UK) Limited

43 Palace Street,

Cardinal Place

**Exhibit 5**
Shukla 5/16/2022 J.M.

CONFIDENTIAL                                           HAF000031

London SW1E 5HL

E: ihrp@oakfnd.org

www.oakfnd.org

---

**From:** Oak Foundation <comms@oakfnd.ch>
**Sent:** 21 June 2021 17:03
**To:** International Human Rights Programme <ihrp@oakfnd.org>
**Subject:** Oak Foundation "Hindu American Foundation"


**From**
Deepali Kulkarni
**Organisation:**
Hindu American Foundation Hindu American Foundation

**Contact Details**
deepali@hinduamerican.org
+1 3158008253

**Project**

**Required funding**
$143,000

**Total costing:**
$286,000

**Co-funding:**
No, I don't have committed co-funding for this grant.

**Existing co-funders:**

**Potential co-funders:**
We plan to seek funding from individual Hindu American Foundation donors, as well as through broader fundraising campaigns. In addition, we are part of the Global Giving Campaign's Accelerator program, and will begin that fundraising campaign later this year. Lastly, we are actively applying for grants that fund efforts to stop child sex abuse, child sex trafficking, and human trafficking.

**Programme**
International Human Rights

**Location**
The project will take place on the ground in Pakistan in conjunction with advocacy campaigns here in the United States.

**Purpose**
To end the human trafficking of girls from minority communities in Pakistan.

**Strategy**
Experts estimate that at least 1,000 minority girls are trafficked in Pakistan every year. These human rights violations against girls from the minority Hindu, Christian, and Sikh communities are routine occurrences which take place with

CONFIDENTIAL                                                                                                                                                                    HAF000032

impunity. This means that since 2011, at least 10,000 minority girls, sometimes as young as 13, have been taken from their families to be married to men sometimes as old as 43. The manifold violence peretrated against minority girls include abductions, forced conversions, forced marriages, rape, continued isolation from family, and death threats. The girls are sometimes sold into slavery, such as the 629 Pakistani girls sold into slavery in China in 2019. Neither the Pakistan government nor the international community have addressed these concerns.

To close the impunity gap for the gross human rights violations against girls in Pakistan, the Hindu American Foundation seeks to research, document, collect evidence of the human rights violations and raise awareness with the international community. We also will advocate in Pakistan, and advocate in the US given the US's leading role in providing aid to Pakistan. HAF will make sure that these human rights abuses become a priority for policy and decision makers in the US, the United Nations, and Pakistan. We will also work to raise awareness within the US, Pakistan, and among the international community through our multifaceted awareness campaign.

This project is well aligned with the first priority of the International Human Rights programme strategy which seeks to "close the impunity gap for gross violations of human rights by investigating and documenting gross abuses, holding abusers to account and seeking victim redress." The Hindu American Foundation is committed to documing, collecting evidence, raising awareness, and advocating for minority girls in Pakistan. The dearth of information is part and parcel of the continued obfuscation of and impunity towards the trafficking of young minority girls in Pakistan. By documenting and making public these gross human rights violations, we will seek to redress the continued human rights violations, and work to prevent girls from being abducted in the future.

This project is also well aligned with the Prevent Child Sex Abuse Sub-Programme 2 "Accountability and Ending Impunity."

**Proposal**
This project is part of the Hindu American Foundation's ongoing efforts to secure human rights for Hindus and other persecuted minorities around the world. HAF is a non-partisan, non-profit 501(c)(3) tax-exempt organization focused on education, civil and human rights. HAF is not a religious institution, but serves people of faith and no-faith across the US and around the world.

This project is an awareness and advocacy campaign that will take place in the United States, Pakistan, and within the international community. There are three primary aspects to the campaign: 1.) a documentation project, 2.) a documentary film, and 3.) an ad campaign. Each of these elements are rooted in HAF's past and existing human rights portfolio, including our annual Human Rights Reports, short documentaries, and awareness campaigns.

The documentation project has two features. Both aspects of this documentation project will help to leverage US international pressure through coalitions of non-governmental organizations (NGOs) and religious freedom groups. By making kidnapping cases in Pakistan known to US government agencies and the international community, we hope to influence Pakistan to create positive outcomes for affected girls and their families. First, we will document the manifold human rights violations for girls and women on the ground in Pakistan. In partnership with local human rights and community activists, we will collect information, documents, and first-hand accounts of the abduction, forced marriage, forced conversion, rape, forced separation from family, and other violations that minority girls in Pakistan face. With this documentation we will raise awareness and advocate in the US Congress and State Department. Secondarily, we will work to create a public database of all human rights violations in Pakistan using English and Urdu language news reporting. This database will be a resource for governmental and NGOs within the US and internationally. This record will help bring clarity to the frequency and type of human rights violations perpetrated by the Pakistan government and Pakistan civil society actors.

Additionally, we will create a documentary film to share the personal stories of families who have experienced the abductions of girls. Through first hand accounts of the myriad forms of unending violence that the girls face once abducted, we will raise broad awareness among the public and decision makers about the challenges of ending the violence and the opportunities hidden among them.

Lastly, a paid ad campaign will target news outlets and public transportation commonly utilized by congressional staff in Washington D.C. By making sure that decision makers are aware of the issue, we will be able to more effectively advocate with the US Commision on International Religious Freedom, the US State Department, and other relevant government agencies.

CONFIDENTIAL     HAF000033