# EXHIBIT G



Seetha Aiyar <seetha@hafsite.org>

# Fwd: New Funding Opportunity from The Allstate Foundation

**Sheetal Shah** <sheetal@hinduamerican.org>    Tue, Sep 7, 2021 at 1:15 PM
To: Seetha Aiyar <seetha@hinduamerican.org>, Deepali Kulkarni <deepali@hafsite.org>, Shereen Bhalla <shereen@hinduamerican.org>

in case there is something relevant...

---------- Forwarded message ---------
From: **Allstate Foundation** <foundation@allstate.com>
Date: Thu, Sep 2, 2021 at 2:10 PM
Subject: New Funding Opportunity from The Allstate Foundation
To: <sheetal@hafsite.org>



*You are receiving this message from The Allstate Foundation because you may be eligible for the funding opportunity below or you may work with eligible nonprofit organizations. Please help us spread the word and pass this information on to friends, colleagues and community partners that may be strong applicants for this program.*

Do you know a nonprofit doing great work to empower youth or prevent relationship violence among teens? They could be eligible for a grant from The Allstate Foundation as part of a new funding opportunity.

The Allstate Foundation recently announced $3 million in new funding for youth empowerment and relationship violence prevention programs that advance racial equity. Nonprofit organizations that meet outlined criteria are invited to apply for grants of $25,000 to $100,000 for a 12-month period or up to $200,000 for a 24-month period.

All U.S. 501(c)(3) Public Charity nonprofits who meet the program and organizational requirements and align with these focus areas are invited to submit a pre-application. **Pre-applications must be submitted by September 17, 2021**. Learn more about this funding opportunity and requirements here.

Learn more about The Allstate Foundation's mission and our 70-year history of improving communities across the country.

CONFIDENTIAL    HAF000425

**Apply Today**

The Allstate Foundation, 2775 Sanders Road, Northbrook, IL 60062

AllstateFoundation.org

Follow @AllstateFDN:

  

Allstate Foundation | 2775 Sanders Road, F4, Northbrook, IL 60062

Unsubscribe sheetal@hafsite.org

Update Profile | Constant Contact Data Notice

Sent by foundation@allstate.com powered by



Try email marketing for free today!

--
**SHEETAL SHAH**

Managing Director & CFO | Hindu American Foundation

e:  sheetal@hinduamerican.org
p: (202) 223-8222
social media: @hinduamerican



**SupportOurWork_ForEmail_01.png**
25K

CONFIDENTIAL                                                                                              HAF000426