# EXHIBIT H

[Allstate Foundation](#)
**Legal Name**   Hindu American Foundation
**\*EIN/Tax ID Number** 68-0551525
**\*Country**         USA
**\*Address**        910 17th Street NW - Unit 316A
**\*City**              Washington
**\*State**            DC
**\*Zip**               20006
**\*Website Address**     www.hinduamerican.org
**\*Nonprofit Contact First Name** Shereen
**\*Nonprofit Contact Last Name** Bhalla
**\*Nonprofit Contact Email Address** shereen@hinduamerican.org
**\*Nonprofit Contact Phone Number**         210-324-3787

**\*Organization Mission Statement  (1000 character maximum)** 813
The Hindu American Foundation (HAF) is an educational and advocacy organization established in 2003. HAF focuses on educating the public about Hindus and Hinduism and advocating for policies and practices that ensure the well-being of all people and the planet. We work directly with educators and journalists to ensure accurate understanding of Hindus and Hinduism. We also work with policymakers and key stakeholders to champion issues of concern to Hindu Americans, including defending civil and human rights and protecting all living beings.
Inspired by our guiding principles and Hindu teachings, HAF promotes dignity, mutual respect, and pluralism. The mission of HAF is to promote dignity, mutual respect, and pluralism in order to ensure the well-being of Hindus and for all people and the planet to thrive.

**\*How many people are served by your organization in a year?** 50,000 - 100,000

**\*How many employees does your organization have?**   14 employees
**\*How many board members does your organization have?** 6

**\*What is the organization's total budget for the current fiscal year?**   $1.7Million

**Provide percentage of budget for each source. Must total 100%.**
0.1 %   Corporate
0%   Government
 99.9%   Individuals
  %   Other

**\*Does your organization have a Diversity, Equity, & Inclusion statement?**
HAF is politically agnostic and non-partisan, meaning we are informed, but do not favor and cannot endorse any one political party or any candidates. We will work with all individuals and institutions committed to and constructively engaged in promoting dignity, mutual respect, and pluralism.

HAF is politically agnostic and non-partisan and is not affiliated with any religious or political organizations or entities. HAF seeks to serve Hindu Americans across all sampradaya (Hindu religious traditions) regardless of race, color, national origin, ancestry, citizenship, gender, sexual orientation, age and/or disability.

***Race/Ethnicity Served**
Please estimate the percentage of the race/ethnicity of the people served by your organization. Must total 100%. NOTE: this information is never shared; Allstate and The Allstate Foundation report on demographic information only at an aggregate level across all grant partners when responding to various surveys. If unable to provide accurate percentages, use best estimates.
 1 %   Black or African American
  96%   Asian
   %   Native Hawaiian or Other Pacific Islander
1.5  %   White
   %   Hispanic/Latino
   %   American Indian or Alaskan Native
1.5  %   Multi-racial (two or more races)

***Leader Race/Ethnicity**
**What is the ethnicity of the highest ranking paid employee in your organization? NOTE: this information is never shared; Allstate and The Allstate Foundation report on demographic information only at an aggregate level across all grant partners when responding to various surveys. If unable to provide accurate information, provide your best guess.**
The highest ranking paid employee is an Indian American.

***Race/Ethnicity of Employees**
**Please provide the percentage of the race/ethnicity of your employees. Must total 100%. NOTE: this information is never shared; Allstate and The Allstate Foundation report on demographic information only at an aggregate level across all grant partners when responding to various surveys. If unable to provide accurate percentages, use best estimates.**
  %   Black or African American
8/14 - 57%   Asian (Suhag, Samir, Sheetal, Seetha, Shereen, Tejus, Krishna, Deepali)
   %   Native Hawaiian or Other Pacific Islander
3/14 - 21%   White (Mat, Easan, Taniel)
1/14 - 8%   Hispanic/Latino (Loren)
   %   American Indian or Alaskan Native
2/14 - 14 %   Multi-racial (two or more races) (Celina, Syama)
  %   Other

**Race/Ethnicity of Board Members*
Please provide the percentage of the race/ethnicity of your board members. Must total 100%. NOTE: this information is never shared; Allstate and The Allstate Foundation report on demographic information only at an aggregate level across all grant partners when responding to various surveys. If unable to provide accurate percentages, use best estimates.

CONFIDENTIAL                                                                                      HAF000428

 % Black or African American
83% Asian
 % Native Hawaiian or Other Pacific Islander
16% White
 % Hispanic/Latino
 % American Indian or Alaskan Native
 % Multi-racial (two or more races)
 % Native American
 % Other

**\* Which program are you applying for? You may select only one option.**
*Inclusive Leadership: Professional Development for Educators and/or Program Providers*
The following questions are regarding your program or project proposal.

**\*Total Program Budget** - $70,000
**\*Total Requested Amount** - $35,000
Note: Grants of $25,000 to $100,000 for a 12-month period and up to $200,000 for a 24-month period will be awarded.


**\* Please share a brief description of the proposed program including target audience.**
In 100 words or less, please answer the following questions/(500 character maximum) 93words

HAF will develop and disseminate a Cultural Proficiency for Educators professional development workshop. Participants will learn about various approaches to multicultural pedagogy and effective strategies to create communities of inclusion that promote educational equity and access. This training provides clarity on concepts related to Hinduism and teaching strategies. Participants will consider action steps to advocate for diversity, equity, and inclusion within their classrooms and schools.

**\*How long has your organization been serving the target audience/population for the program for which you are seeking funding?**
(500 character maximum/100 words) 94 words

Since 2013, HAF has offered professional development services nationwide, and trained over 3,000 teachers on Hinduism101. HAF prioritizes working with educators on providing them with additional resources to teach about a religion that is over 5,000 years old, has billions of followers, and yet is misrepresented in the curriculum. HAF serves teachers in meeting the needs of their students and assists in the development of an improved understanding for this rapidly growing demographic.

**\*What are the key goals and anticipated outcomes of the proposed program?**
(500 character maximum/100 words) 88 words

The goal of the Cultural Proficiency for Educators professional development workshop is to aid educators in creating communities of inclusion that promote educational equity and access.

Participants will be able to define cultural proficiency; identify effective practices of multicultural pedagogy; learn best strategies for perceiving and responding to differences; decipher methods for increasing cultural proficiency; recognizing other perspectives and creating a culture of mutual respect.

**\*Have the beneficiaries of the program for which you are seeking funding informed the program?** YES

**How did beneficiaries inform the program?**
> In order to ensure that the materials are accessible and easily integrated into the school district's K-12 curriculum, HAF regularly holds focus groups and brainstorming sessions with teachers so that feedback on the content can be solicited and taken into consideration for future program development. These feedback sessions occur with K-12 public and private school educators who teach Social Studies, History, Geography, and World Religions among other content areas.

**\*Where did you learn about this opportunity?**     An email from The Allstate Foundation

-------------------



CONFIDENTIAL                                                                                                            HAF000430