# EXHIBIT I



Shereen Bhalla <shereen@hafsite.org>

## Update Regarding Your Application to The Allstate Foundation

**Allstate Foundation** <foundation@allstate.com>  Mon, Oct 11, 2021 at 10:00 AM
Reply-To: foundation@allstate.com
To: shereen@hinduamerican.org



Thank you for submitting your pre-application to the recent Allstate Foundation funding opportunity. We received more than 2,000 compelling pre-applications making the vetting process very competitive. We regret to share that your program was not selected to move forward.

Although your program was not selected for funding at this time, we recognize your work is very important, which is why we're pleased to share several free resources available to your organization:

- The Allstate Foundation Nonprofit Leadership Center offers a suite of free online resources that are powered by Northwestern University Kellogg School Center for Nonprofit Management. Available on-demand, video modules cover critical nonprofit topics, such as finance, marketing, influencing and data analytics. Learn more at AllstateFoundation.org.

- The Allstate Foundation Moving Ahead Curriculum is available for free download to help educate domestic violence survivors about essential financial topics. There are also recorded training sessions for advocates to get your trainers up to speed. The curriculum is available in English, Spanish, French and Vietnamese.

Thank you,
The Allstate Foundation

The Allstate Foundation, 2775 Sanders Road, Northbrook, IL 60062

AllstateFoundation.org

Follow @AllstateFDN:

**Exhibit 3**
Shukla 5/16/2022 J.M.

  

Allstate Foundation | 2775 Sanders Road, F4, Northbrook, IL 60062

Unsubscribe shereen@hinduamerican.org

Update Profile | Constant Contact Data Notice

Sent by foundation@allstate.com powered by



Try email marketing for free today!