# EXHIBIT J



Suhag Shukla <suhag@hafsite.org>

## Regarding Hinduism 101 in PayPal

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                                                  Sat, May 29, 2021 at 2:45 PM
To: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Suhag Shukla <suhag@hinduamerican.org>, Samir Kalra <samir@hinduamerican.org>

Namaste Suhag ji / Samir ji ,
PayPal will be having Hinduism 101 event during July end. ▮▮▮▮▮▮ and I wanted to reach out to you all for taking the 40+ minute lecture (followed by 15 minutes of Q&A).
We were thinking to have Easan ji and may one more Hindu speaker from the black community.
Open to suggestions & discussions.

<u>Would be great to get your confirmation</u> . ▮▮▮▮▮▮ can provide more details.


Dhanyavaad,
▮▮▮▮▮

CONFIDENTIAL -- ATTORNEYS' EYES ONLY                                                          HAF000433