# EXHIBIT M



Taniel Koushakjian <taniel@hafsite.org>

## Expulsion of the Hindu American Foundation from the Alliance Against Genocide

**Genocide Watch** <gregoryhstanton@gmail.com>  Mon, Aug 9, 2021 at 1:03 PM
To: Taniel Koushakjian <taniel@hinduamerican.org>

**TANIEL KOUSHAKJIAN**
Director of Public Policy | Hindu American Foundation
taniel@hinduamerican.org

Dear Mr. Koushakian,

Due to your organization's lawsuit against Hindus for Human Rights, the Alliance Against Genocide is expelling the Hindu American Foundation from the Alliance Against Genocide.
There is no room in the Alliance for organizations that file lawsuits against other member organizations.

We have also determined that contrary to your assurances to us, the Hindu American Foundation is a pro-Modi, pro-Hindutva organization. Your assurances that the Hindu American Foundation does not support Modi or Hindutva were misleading.

As I told you directly when we talked, Genocide Watch considers Hindutva to be a bigoted, racist, nationalist, Islamophobic ideology. Hindutva is a direct descendent of Facism and Nazism. Indeed, the fathers of the ideology were themselves actually pro-Nazi.

Hindus for Human Rights is actively combatting Hindutva.
We affirm the membership in the Alliance Against Genocide of Hindus for Human Rights.

The Hindu American Foundation's lawsuit against Hindus for Human Rights indicates the Foundation's contempt for the First Amendment protection of freedom of speech upon which America was built.
Unfortunately, it is also a reflection of the Foundation's support for the current Indian government's erosion of those same democratic values.

If the Hindu American Foundation continues to pursue its lawsuit against Hindus for Human Rights, Genocide Watch will file an Amicus brief asking the court to dismiss the case.
We strongly urge the Hindu American Foundation to drop its lawsuit against Hindus for Human Rights.

Sincerely,
**Dr. Gregory H. Stanton**
Founding President
Genocide Watch
president@genocidewatch.org
Founding Chairman
The Alliance Against Genocide
**Dr. Gregory H. Stanton**
Founding President
Genocide Watch
1-703-448-0222
president@genocidewatch.org

**Exhibit 6**
Shukla 5/16/2022 J.M.